# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br>*Plaintiff, pro se*<br><br>v.<br><br>LAW SCHOOL ADMISSION<br>COUNCIL, INC.<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-3261 |

# O R D E R

**AND NOW**, this 20th day of October 2017, upon consideration of Defendant's *motion to dismiss*, [ECF 10], Plaintiff's response in opposition, [ECF 12], and the allegations contained in Plaintiff's complaint (the "Complaint"), [ECF 5], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**. Consequently, the complaint is dismissed, without prejudice. Plaintiff is granted leave to amend the complaint. If Plaintiff chooses to amend the complaint, she must do so by November 3, 2017. Failure to do so will result in this matter being dismissed with prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*